IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RENEA HATCHER,

Plaintiff,

v.

RECEIVABLE SOLUTIONS, INC.,

Defendant.

Case No. 17-cv-204 JPG/SCW

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: November 9, 2017**     JUSTINE FLANAGAN, Acting Clerk of Court

s/**Tina Gray**
  **Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
        **J. PHIL GILBERT**
        **DISTRICT JUDGE**